PLUMMER V REEVES

NO. 07-02-0112-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 15, 2002

______________________________

JOHN JOSEPH HINDERA

Appellant

v.

NELSON DOMETRIUS

Appellee

_________________________________

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 99-507,408; HON. SAM MEDINA, PRESIDING

_______________________________

ORDER OF ABATEMENT

_______________________________

Before BOYD, C.J., and QUINN and REAVIS, JJ.

John Joseph Hindera  (appellant) appeals the February 1, 2001 judgment of the 237th District Court of Lubbock County in favor of appellee.  Subsequent to the filing of the notice of appeal, this court received notice from appellant’s counsel that he had filed a voluntary petition as debtor under Chapter 7 of the United States Bankruptcy Code.  Said notice included a file-marked copy of said petition.  Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed.  

Under these circumstances, and for administrative purposes, this appeal is removed from the docket of this Court and abated.  The appeal will be reinstated upon proper motion showing that the stay has been lifted or that the Court may otherwise proceed with the disposition of the cause.

Accordingly, the appeal is abated.

Per Curiam

Do not publish.